MARLERCLARK
THE FOOD SAFETY LAW FIRM

**MARLER CLARK, INC., PS** | THE STANDARD BUILDING | 1012 1st Avenue, Fifth Floor, Seattle, WA 98104-1008
**TEL** 1.206.346.1888 | **FAX** 1.206.346.1898 | **EMAIL** marler@marlerclark.com | **WEB** marlerclark.com

**WILLIAM D. MARLER, ESQ.**
**WRITER'S DIRECT LINE:**
**(206) 346-1890**
BMARLER@MARLERCLARK.COM

May 24, 2023

**SENT VIA ECF**
Magistrate Judge Sanket J. Bulsara
USDC Eastern District of New York
225 Cadman Plaza East
Chambers 304N, Courtroom 13C South
Brooklyn, New York, 11201

**Re: Eletribi v. Revive Organics, et al.**
**1:22-cv-04362 PKC-SJB**

Judge Bulsara:

I am William Marler of Marler Clark Inc., PS (Seattle, Washington). I, along with local counsel Paul Nunes of Heisman Nunes & Hull LLP (Rochester, New York), represent Plaintiff Nadia Eletribi in the referenced action. We are mindful that a settlement conference is scheduled before this Court on June 15, 2023. We write to advise the Court of the status of this matter and its relation to other cases currently pending in the Southern District of New York ("SDNY") and New York State Supreme Court, and to respectfully suggest that the conference be adjourned to another date to be determined.

In the Eletribi action brought before this Court, Plaintiff alleges that she consumed and was made seriously ill by a food product (a smoothie) prepared, manufactured, packaged, distributed, and/or sold by Revive Organics, Inc., (a company based in Canada). This food product included ingredients supplied by Defendant Miski Organics Superfoods, Inc. (a company based in Canada), and included a tara flour supplied by Defendant Peruvian Nature S&S SAC (a company based in Peru), which obtained the tara product from Molinos Asociados SAC (a company based in Peru), which processed and distributed the tara flour. We also represent approximately 31 claimants who allege similar injuries having consumed these defendants' products containing tara flour. We further presently have a companion case (Holup v Revive Organics, Inc. et al.) filed in USDC for the Middle District of Tennessee, Nashville Division. We are in discussions with Defendants to consider a transfer of that case to this Court. The Defendants in both Eletribi and Holup are the same: Revive Organics, Inc. ("Revive"), Miski Organics Superfoods, Inc. ("Miski"), Peruvian Nature S&S SAC ("Peruvian Nature"), and Molinos Asociados SAC ("Molinos"). Peruvian Nature and Molinos have not yet been served in Eletribi and Holup. Revive and Miski both deny that there exists any causal connection between consumption of their products and illnesses allegedly sustained by Plaintiffs Eletribi and Holup, as well as the 31 other claimants. Revive and Miski also deny that their respective products were defective in any way.

Separately, we also represent approximately 350 claimants who claim serious injury resulting from the consumption of another food product prepared, manufactured, packaged, distributed, and/or sold by Daily Harvest, Inc., Second Bite Foods, Inc., Smirk's Ltd., and Molinos containing tara flour supplied by defendant Molinos. Approximately 50 claims are currently pending before Judge Cote in the SDNY in the action known as the Daily Harvest Litigation and the Coordinated Actions. *See Albright v. Daily Harvest, Inc. et al.,* Civil Docket No.: 22-cv-5987. A settlement conference before Magistrate Judge Cave is scheduled for July 14, 2023. In addition, we are counsel to Plaintiffs who allege the same foodborne tara flour illnesses in approximately 17 cases in New York Supreme Court, New York County, recently consolidated and assigned to Judge Frank. *See Looby v. Daily Harvest Inc. et al.*, New Supreme Court, New York County (Index Number 155840/2022). Defendant Molinos has been served in the Albright matter, and defense counsel has filed a notice of appearance. Molinos has not yet been served in Looby. Revive and Miski are neither parties to, nor involved in any of the foregoing claims and lawsuits and deny that such claims and lawsuits are in any way connected or related to their respective products.

While some discovery is underway in the Eletribi action, the Daily Harvest Litigation, and the related New York State actions, there is still much to be done, including completing service upon the Peruvian defendants. Although the actions are separate and distinct, Plaintiffs' and claimants' counsel believe that there are some important overlapping facts and issues relating to the use of tara flour produced by Molinos as the alleged cause of the illnesses and injuries in all these claims. Revive and Miski refute this claim. Nevertheless, Plaintiff's counsel and counsel for all Defendants have, to this point, maintained a positive and productive working relationship. We are dedicated to serve the interests of judicial efficiency and economy. Toward that end, we believe that it is premature to conduct a settlement conference in the Eletribi litigation until Peruvian Nature and Molinos, at minimum, have been integrated into all the litigation and more discovery has been conducted, especially as it relates to the use of tara flour in food sold in the United States.

If the court requires more, we will welcome a virtual status conference.

Respectfully submitted:

**MARLER CLARK, INC., PS**

By: /s/ William D. Marler
William D. Marler, Esq.
admitted pro hac vice
1012 1st Avenue, Fifth Floor
Seattle, WA 98104
Telephone: (206) 346-1888
bmarler@marlerclark.com

**HEISMAN NUNES & HULL LLP**

By: /s/ Paul V. Nunes
Paul V. Nunes, Esq.
Bar No.: PN2853
69 Cascade Drive, Suite 102
Rochester, New York 14614

Telephone: (585) 270-6922
pnunes@hnhattorneys.com

*Attorneys for the Plaintiffs*

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By: /s/ Bryan T. Vannini
Bryan T. Vannini
1010 Washington Blvd
Stamford, CT 06901
Telephone: (203) 338-2381
bryan.vannini@wilsonelser.com
Mathew.ross@wilsonelser.com

*Attorneys for the Defendant Miski Organics Superfoods, Inc.*

**COZEN O'CONNOR**

By: /s/ Richard Fama
Richard Fama
3WTC, 175 Greenwich Street 10007
New York NY 10006
Tel: 212-908-1229
rfama@cozen.com

**COZEN O'CONNOR**

By: /s/ Joel Michael Maxwell
Joel Michael Maxwell
3WTC, 175 Greenwich Street 10007
New York NY 10006
Tel: 212-908-1229
jmaxwell@cozen.com.com

*Attorneys for Revive Organics, Inc.*

WDM:jg