Notaría Roman
Av. Javier Prado Este 1451
Urb. Santa Catalina
Lima 13-Perú
T: 715 1588
RPC: 991 660 166
mroman@notariaroman.pe

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

NADIA ELETRIBI, individually and on behalf of her son, Z.G.,

Plaintiff,

vs.

REVIVE ORGANICS, INC., d/b/a REVIVE SUPERFOODS, MISKI ORGANICS SUPERFOODS, INC., PERUVIAN NATURE S&S SAC, and MOLINOS ASOCIADOS SAC,

Defendants.

**CIVIL ACTION NO. 1:22-CV-04362-PKC-SJB**

**AFFIDAVIT OF SERVICE**

Peru )
) ss.
City of Lima )

ESTE DOCUMENTO NO HA SIDO REDACTADO EN LA NOTARIA

I declare that I, Pedro Arturo Delgado Rodriguez, am a resident of Peru, over the age of twenty-one, not a party nor an attorney for any party in this action, and I performed the following service:

Service upon **Peruvian Nature S&S SAC** was accomplished by delivering the Amended Summons in a Civil Action and Second Amended Complaint for Damages, personally and in person to Daniela Ingaroca Salas, assistant and authorized to accept for Damian Nicolas Silva Cevallos (Director- General Manager of Peruvian Nature S&S SAC) on the 24th day of April 2023 at 10:02 A.M. at the address of:

Las Gardenias Mz. I Lote 12 , Urbanizacion Las Praderas de Lurin, Lima, Peru

**Description of person served:**
Race: Latina Hair color: black Height: 1.65mt Weight: 68kg Gender: F Age: 30 yrs old

Signature__________________________

SUBSCRIBED AND SWORN to before me this 23 day of May, 2023.

CERTIFICACIÓN AL DORSO ➡

**<u>CERTIFICO</u>:** Que la firma puesta en el anverso del presente documento corresponde a: **PEDRO ARTURO DELGADO RODRIGUEZ,** identificado con Documento Nacional de Identidad **N°07891625.** Se deja constancia que se certifica la firma, no asumiendo responsabilidad sobre el contenido.- **De todo lo que doy fe.-** Lima, 23 de mayo del 2023.============================

Manuel Román Olivas
ABOGADO-NOTARIO DE LIMA

NOTARIA ROMAN
Notario de Lima