Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

**Jonathan E. Temchin, Partner**
212.216.1139
jtemchin@tarterkrinsky.com

August 21, 2023

**BY EMAIL (w/enclosures)**
**AND ECF (w/o enclosures)**

William Marler, Esq.
Marler Clark, Inc., PS
The Standard Building
1012 1st Avenue, Fifth Floor
Seattle, Washington 98104-1008
Email: bmarler@marlerclark.com

Matthew P. Ross, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
1133 Westchester Avenue
White Plains, New York 10604-3407
Email: Mathew.ross@wilsonelser.com

Paul V. Nunes, Esq.
Heisman Nunes & Hull LLP
69 Cascade Drive, Suite 102
Rochester, New York 14614
Email: pnunes@hnhattorneys.com

Michael P. Collins, Esq.
Bond Schoeneck & King, PLLC
10 Bank Street, 11th Floor
White Plains, New York 10606-1933
Email: mcollins@bsk.com

Joel M. Maxwell, Esq.
Cozen O'Connor
3 WTC/175 Greenwich Street, 55th Floor
New York, New York 10007
Email: jmaxwell@cozen.com

**Re:** ***Nadia Eletribi v. Revive Organics, Inc. et al.***
**Case No.: 1:22-cv-04362-PKC-SJB**

Dear Counsel:

This office represents Defendant Peruvian Nature S&S SAC ("Peruvian Nature") in the above-referenced matter. In accordance with Electronic Order dated July 27, 2023, I am enclosing for service:

1. Peruvian Nature's Notice of Motion to Dismiss the Second Amended Complaint of Plaintiff Nadia Eletribi, as well as the cross-claims of Defendants Revive Organics, Inc. and Miski Organics Superfoods, Inc.;

2. The Declaration of Jonathan E. Temchin, dated August 21, 2023, with Exhibits A-J annexed thereto; and

3. Peruvian Nature's Memorandum of Law in Support of its Motion to Dismiss the Second Amended Complaint and all Cross-Claims, dated August 21, 2023.

Thank you for your attention to this matter. Please feel free to contact me with any questions or comments.

Very truly yours,

Jonathan E. Temchin

Enclosures