BOND SCHOENECK & KING

Westchester Office: 10 Bank Street, Suite 1120 | White Plains, NY 10606 | **bsk.com**
New York City Office: 600 Third Avenue, 22nd Floor | New York, NY 10016-1915

**MICHAEL P. COLLINS, ESQ.**
mcollins@bsk.com
P: 914.306.7870
F: 646.253.2368

**VIA ECF**

August 21, 2023

Hon. Pamela K. Chen, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Re: Nadia Eletribi, individually and on behalf of her minor son, Z.G. v. Revive Organics, Inc, et al.; 1:22-cv-04362-PKC-SJB*

Dear Judge Chen:

We are counsel to Defendant Molinos Asociados SAC ("Molinos") in the above-entitled matter. In accordance with Your Honor's Order dated July 27, 2023, please be advised that we served the following papers on this date via email, by consent, upon all parties who have appeared in this matter:

- Notice of Motion to Dismiss
- Memorandum of Law
- Declaration of Herbert Telge Noreiga

We will file our papers via ECF when the motion is fully briefed.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Michael P. Collins

Michael P. Collins

MPC/dd

cc: All parties of record