MARLER CLARK
THE FOOD SAFETY LAW FIRM

MARLER CLARK, LLP PS | THE STANDARD BUILDING | 1012 1st Avenue, Fifth Floor, Seattle, WA 98104-1008
TEL 1.206.346.1888 | FAX 1.206.346.1898 | EMAIL marler@marlerclark.com | WEB marlerclark.com

**WILLIAM D. MARLER, ESQ.**
**WRITER'S DIRECT LINE**
**(206) 346-1890**
**bmarler@marlerclark.com**

September 11, 2023

**VIA ECF**

Hon. Pamela K. Chen, U.S. District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Eletribi v. Revive—Docket No.: 22-CV-4362 PKC-SJB**

Dear Judge Chen:

We are counsel for Plaintiff in the above referenced litigation. In accordance with the Court's Electronic Order dated July 27, 2023, Plaintiff's opposition to Molinos Asociados' Motion to Dismiss has been served via email, by consent, on all parties who have appeared in this matter, to include:

- Plaintiff's Memorandum of Law in Opposition to Molinos Asociados' Motion to Dismiss;
- Exhibits 1-8.

Plaintiff will electronically file the above on ECF in accordance with the Court's individual practices and rules on the day the motion is fully briefed.

Respectfully submitted,

William D. Marler

WDM/jg