COZEN O'CONNOR

September 11, 2023

**Richard Fama**

Direct Phone 212-908-1229
Direct Fax866-263-1334
rfama@cozen.com

**VIA ECF**

Hon. Pamela K. Chen, U.S. District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** ***Eletribi v. Revive Organics, Inc.***
**Case No.: 22-CV-4362 PKC-SJB**

Dear Judge Chen:

We represent Defendant Revive Organics, Inc. ("Revive") in the above-referenced matter. Pursuant to the Court's Order dated July 27, 2023, Revive's Opposition to Molinos Asociados' Motion to Dismiss has been served via email on all parties who have appeared in this matter, to include:

- Revive's Memorandum of Law in Opposition to Molinos Asociados' Motion to Dismiss.

Revive will electronically file the above opposition brief on the day the motion is fully briefed.

Respectfully,

COZEN O'CONNOR

/s/ Richard Fama

By: Richard Fama

RF

LEGAL\65819764\1