COZEN O'CONNOR

September 11, 2023

**Richard Fama**

Direct Phone 212-908-1229
Direct Fax866-263-1334
rfama@cozen.com

**VIA ECF**

Hon. Pamela K. Chen, U.S. District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** ***Eletribi v. Revive Organics, Inc.***
**Case No.: 22-CV-4362 PKC-SJB**

Dear Judge Chen:

We represent Defendant Revive Organics, Inc. ("Revive") in the above-referenced matter. Pursuant to the Court's Order dated July 27, 2023, Revive's Opposition to defendant Peruvian Nature S&S SAC's Motion to Dismiss has been served via email on all parties who have appeared in this matter, to include:

- Revive's Memorandum of Law in Opposition to Peruvian Nature S&S SAC's Motion to Dismiss.

Revive will electronically file the above opposition brief on the day the motion is fully briefed.

Respectfully,

COZEN O'CONNOR

/s/

By: Richard Fama

RF

LEGAL\65819764\1