COZEN O'CONNOR

September 13, 2023

**Richard Fama**
Direct Phone 212-908-1229
Direct Fax 866-263-1334
rfama@cozen.com

**SENT VIA EMAIL (W/ ENCLOSURES)**
**AND ECF (W/O ENCLOSURES)**

William Marler, Esq.
Marler Clark, Inc., PS
1012 1st Avenue, Fifth Floor
Seattle, Washington 98104-1008
Email: bmarler@marlerclark.com

Mathew P. Ross, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
1133 Westchester Avenue
White Plains, New York 10604-3407
Email: Mathew.ross@wilsonelser.com

Paul V. Nunes, Esq.
Heisman Nunes & Hull LLP
69 Cascade Drive, Suite 102
Rochester, New York 14614
Email: pnunes@hnhattorneys.com

Michael P. Collins, Esq.
Bond Schoeneck & King, PLLC
10 Bank Street, 11th Floor
White Plains, New York 10606-1933
Email: mcollins@bsk.com

Jonathan E. Temchin, Esq.
Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
Email: jtemchin@tarterkrinsky.com

**Re:** ***Nadia Eletribi, v. Revive Organics, Inc. at al.***
**Case No.: 1:22-cv-04362-PKC-SJB**

Dear Counsel,

This office represents Defendant Revive Organics, Inc. ("Revive") in the above-referenced matter. In accordance with Rule 3(D) of Judge Pamela K. Chen's Individual Practices and Rules, I am enclosing the following for service:

1. Revive's Notice of Joint Motion to Stay Discovery Pending Determination of Outstanding Motions to Dismiss; and

2. Revive's Memorandum of Law in Support of Joint Motion to Stay Discovery Pending Determination of Outstanding Motions to Dismiss.

Thank you for your attention to this matter. Please contact me with any questions or comments.

Sincerely,

COZEN O'CONNOR



By: Richard Fama

Enclosures