UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NADIA ELETRIBI, individually and on behalf of her minor son, Z.G.,

Plaintiff,

-against-

REVIVE ORGANICS, INC. d/b/a REVIVE SUPERFOODS, MISKI ORGANICS SUPERFOODS, INC., PERUVIAN NATURE S&S SAC, and MOLINOS ASCOCIADOS SAC,

Defendants.

Civil Action No. 1:22-cv-04362-PKC-SJB

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Jonathan E. Temchin, dated August 21, 2023, and the exhibits annexed thereto, including the Declaration of Damian Silva, dated June 6, 2023, and the accompanying memorandum of law, dated August 21, 2023, and all prior pleadings and proceedings had herein, Defendant Peruvian Nature S&S SAC (the "Moving Defendant"), by and through its attorneys, Tarter Krinsky & Drogin LLP, will move this Court before the Honorable Pamela K. Chen, U.S.D.J., at the courthouse located at 225 Cadman Plaza East, Brooklyn, New York, Courtroom 4F, at a date and time to be determined by the Court, for an order: (i) pursuant to Rule 12(b)(2) and (5) of the Federal Rules of Civil Procedure, dismissing Plaintiff Nadia Eletribi's ("Plaintiff") Second Amended Complaint, dated March 7, 2023 (ECF Dkt. No. 34), and the cross-claims found in Defendant Revive Organics, Inc.'s Answer to Second Amended Complaint, dated March 20, 2023 (ECF Dkt. No. 41), and the cross-claims found in Defendant Miski Organics Superfoods, Inc.'s Answer, Affirmative Defenses and Cross-Claims to Plaintiff's First Amended Complaint, dated August 8, 2023 (ECF Dkt. No. 62), and Defendant Miski Organics Superfoods, Inc.'s Answer, Affirmative Defenses and Cross-

Claims to Revive's Cross-Claims, dated August 8, 2023 (ECF Dkt. No. 63); and (ii) granting Moving Defendant such other and further relief as the Court deems just and proper.

Dated: New York, New York
August 21, 2023

**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Defendant Peruvian Nature*

By: ________________________
Andrew Krinsky
Jonathan E. Temchin
1350 Broadway
New York, New York 10018
Tel: 212-216-8000
Email: akrinsky@tarterkrinsky.com
Email: jtemchin@tarterkrinsky.com

To: All Counsel of Record (BY ECF)