MARLER CLARK
THE FOOD SAFETY LAW FIRM

MARLER CLARK, INC., PS | THE STANDARD BUILDING | 1012 1st Avenue, Fifth Floor, Seattle, WA 98104-1008
TEL 1.206.346.1888 | FAX 1.206.346.1898 | EMAIL marler@marlerclark.com | WEB marlerclark.com

WILLIAM D. MARLER, ESQ.
WRITER'S DIRECT LINE:
(206) 346-1890
BMARLER@MARLERCLARK.COM

April 17, 2024

**Sent Via ECF**

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza E.
Brooklyn, New York 11201

**Re: Stevenson v. Revive Organics, Inc., et al., No. 1:24-cv- 01963**
**Lut v. Revive Orgaincs, Inc., et al., No. 1:24-cv-02260**
**Vuxton v. Revive Organics, Inc., et al., No. 1:24-cv-01544**
**Defendant's Requests for a Pre-Motion Conference**
**Regarding Revive's Proposed Motion to Dismiss**

Dear Judge Chen:

Our firm, along with Paul Nunes of Heisman Nunes & Hull (our local New York counsel), represents Plaintiff Sonya Stevenson. As Your Honor is aware, our firm has been transfering several related cases to the Eastern District in an attempt to support judicial efficiency and facilitate an expedient resolution for all of the parties. In doing so, there appears to have been an oversight (not by defense counsel) which resulted in our firm not receiving a copy of Defendant Revive Organics, Inc.'s (hereinafter "Revive") letter request dated April 8, 2024 until today.

At the same time, we have received two nearly identical letters from Mr. Fama dated today which contain the same request relating to Lut v. Revive (1:24-cv-02260) and Vuxton v. Revive (1:24-cv-01544), both of which are among those cases recently transferred to this Court.

In an attempt to mitigate the lack of a timely response from Plaintiff in the Stevenson matter, I have spoken to counsel for Revive, and Mr. Fama has graciously consented to allowing additional time to respond to Revive's letter in the Stevenson matter. We respectfully ask that Your Honor grant the Plaintiff an extension in her time to answer in that matter, so that Plaintiff's counsel might have time to adequately brief the several issues raised in Revive's letter to this Court. We propose that Plaintiffs be allowed time to respond to all three letters filed by Revive by

April 24, 2024, the seven day deadline for a response set by Your Honor's local rule 3.A. for the letters filed today.

Further, the Court should know that the issues raised in Mr. Fama's letters are the subject of a fully briefed motion made by Revive in a related case Barber v. Revive (0:23-cv-05665) which we expect will also be transferred to this Court. We anticipate that this, along with other issues, will be a part of the discussion at the virtual conference before Your Honor on April 30, 2024.

We await the Court's instructions.

Yours truly,

William D. Marler

WDM/km
cc: Paul Vincent Nunes, Esq.