UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NADIA ELETRIBI, individually and on behalf of her minor son, Z.G., Plaintiffs, v. REVIVE ORGANICS, INC., d/b/a Revive Superfoods, MISKI ORGANICS SUPERFOODS, INC., PERUVIAN NATURE S&S SAC, and MOLINOS ASOCIADOS SAC, Defendants. | Civil Action No.: 1:22-cv-04362-PKC-SJB |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs Nadia Eletribi, individually and on behalf of her minor son, Z.G., hereby give notice of the voluntary dismissal **without prejudice** of Defendants Peruvian Nature S&S SAC and Molinos Asociados SAC from the above-captioned action. Neither Defendant, Peruvian Nature S&S SAC or Molinos Asociados SAC, has served an answer to the complaint or a motion for summary judgment in this action. Accordingly, Plaintiffs are empowered to and hereby voluntarily dismiss these Defendants from the action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A).

Respectfully submitted,

Dated: May 24, 2024

/s/ William D. Marler
William D. Marler, admitted *pro hac vice*
**Marler Clark, Inc., PS**
1012 First Avenue, Suite 500
Seattle, WA 98104
(206) 346-1888
bmarler@marlerclark.com

/s/ Paul V. Nunes
Paul V. Nunes
Bar No.: PN2853
**Heisman Nunes & Hull LLP**
1630 Empire Blvd, Suite 3B
Webster, New York 14580-2182
(585) 270-6922
pnunes@hnhattorneys.com

*Counsel for Plaintiffs*