MARLER CLARK
THE FOOD SAFETY LAW FIRM

MARLER CLARK, INC., PS | THE STANDARD BUILDING | 1012 1st Avenue, Fifth Floor, Seattle, WA 98104-1008
TEL 1.206.346.1888 | FAX 1.206.346.1898 | EMAIL marler@marlerclark.com | WEB marlerclark.com

**WILLIAM D. MARLER**
**WRITER'S DIRECT LINE**
**(206) 346-1890**
BMARLER@MARLERCLARK.COM

June 24, 2024

**SENT VIA ECF**

Hon. Pamela K. Chen, District Judge
United States District Court
New York Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201

**RE: NADIA ELETRIBI, individually and on behalf of her minor child Z.G. et al – Case No.: 1:22-cv-04362-PKC-SJB**
**Request for Limited Discovery**

Dear Judge Chen:

In your order of June 6, 2024, the Court reminded the parties of the following deadlines: Plaintiffs' consolidated complaint is due June 13, 2024; Defendants' motions to dismiss consolidated complaint is due August 12, 2024; Plaintiffs' oppositions to Defendants' motions to dismiss is due October 11, 2024; and Defendants' replies, if any, are due November 11, 2024.

Plaintiffs' consolidated complaint was filed via ECF on June 10, 2024. Defendants will then presumably file motions to dismiss on jurisdiction and/or *forum non conveniens*. Defendant Revive will also likely file a parallel motion to dismiss claiming that its on-line terms of service agreement mandates that some of the litigation be conducted in Canada.

Plaintiffs' respectfully request that the Court allow limited written discovery related to these threshold jurisdictional issues and one 30(b)6 deposition of each defendant. We request that the proposed limited discovery extend to July 31, 2024; then defendants' motions to dismiss the consolidated complaint would be due August 31, 2024; Plaintiffs' oppositions to Defendants' motions to dismiss would be due October 31, 2024; and Defendants' replies, if any, would be due November 31, 2024.

We believe that plaintiffs' request for limited discovery on these important and critical jurisdictional issues best serves the interest of justice and the efficient management of this litigation.

Over the last weeks we did alert defense counsel to our request. Counsel for Miski does not agree with plaintiffs' request. Counsel for Revive has not responded. We stand ready to answer any questions the court may have regarding plaintiffs' request.

Respectfully Submitted,

**MARLER CLARK, INC., PS**

By: /s/ William D. Marler
William D. Marler, Esq. (admitted *pro hac vice*)
1012 1st Avenue, Fifth Floor
Seattle, WA 98104
Telephone: (206) 346-1888
bmarler@marlerclark.com

**HEISMAN NUNES & HULL LLP**

By: /s/ Paul V. Nunes
Paul V. Nunes, Esq.
Bar No.: PN2853
1630 Empire Blvd, Suite 3B
Webster New York 14580
Telephone: (585) 270-6922
pnunes@hnhattorneys.com

*Attorneys for the Plaintiffs*

WDM/km
cc: Via ECF