MARLER CLARK
THE FOOD SAFETY LAW FIRM

**MARLER CLARK INC., PS** | 180 Olympic Dr SE Bainbridge Is., WA 98110
**TEL** 1.206.346.1888 | **FAX** 1.206.346.1898 | **EMAIL** marler@marlerclark.com | **WEB** marlerclark.com

**William D. Marler**
**Writer's Direct Line**
**(206) 346-1890**
**bmarler@marlerclark.com**

July 3, 2024

**Via ECF**

Hon. Pamela K. Chen, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE: NADIA ELETRIBI, individually and on behalf of her minor child Z.G. et al – Case No.: 1:22-cv-04362-PKC-SJB Request for Limited Discovery**

Dear Judge Chen:

It appears from the letter responses from both counsel for Revive and Miski that the issue is not whether to allow plaintiffs' limited discovery on jurisdiction and terms of service, but the scope of those requests. By way of compromise, we will forego for now our request for 30(b)(6) depositions.With respect to written discovery, we will take to heart the concerns raised by esteemed counsel, and although not conceding their request for limitations, we will endeavor to craft requests that limit or erase their concerns. If after our studied revisions, counsel still objects to some requests, we then can meet and confer about their objections, if any, and submit the dispute to the Court for consideration, if needed.

Plaintiffs' therefore respectfully request that the Court allow limited written discovery related to these threshold issues of jurisdiction and terms of service. We also request that the proposed limited discovery extend to July 31, 2024; then defendants' motions to dismiss the consolidated complaint would be due August 31, 2024; Plaintiffs' oppositions to Defendants' motions to dismiss would be due October 31, 2024; and Defendants' replies, if any, would be due November 31, 2024.

Respectfully Submitted,

**MARLER CLARK, INC., PS**

By: /s/ William D. Marler
William D. Marler, Esq. (admitted *pro hac vice*)

180 Olympic Drive S.E.
Bainbridge Island, WA 98110

Telephone: (206) 346-1888
bmarler@marlerclark.com

**HEISMAN NUNES & HULL LLP**

By: /s/ Paul V. Nunes

Paul V. Nunes, Esq.
Bar No.: PN2853
1630 Empire Blvd, Suite 3B
Webster New York 14580
Telephone: (585) 270-6922
pnunes@hnhattorneys.com

*Attorneys for the Plaintiffs*

WDM/km
cc: Via ECF