MARLER CLARK
THE FOOD SAFETY LAW FIRM

**MARLER CLARK INC., PS** | 180 Olympic Dr SE Bainbridge Is., WA 98110
**TEL** 1.206.346.1888 | **FAX** 1.206.346.1898 | **EMAIL** marler@marlerclark.com | **WEB** marlerclark.com

**William D. Marler**
**Writer's Direct Line**
**(206) 346-1890**
**bmarler@marlerclark.com**

July 22, 2024

Honorable Pamela K. Chen, U.S.D.J. **VIA ECF**
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE: NADIA ELETRIBI, individually and on behalf of her minor child Z.G. et al.**
**Case No.: 1:22-cv-04362-PKC-SJB**

Dear Judge Chen,

Counsel for Revive has indicated that it intends to request the court's permission to submit additional pages for its Motion to Dismiss. We do not oppose their request.

However, as referenced in recent correspondence, the issue appears not to be whether to allow plaintiffs' limited discovery on the threshold issues of jurisdiction and the applicability/ validity of defendant's on-line terms-of-service agreement, but what the scope of that discovery should be. By way of compromise, we offer to forego (for now) the taking of 30(b)(6) depositions. With respect to our outstanding requests for written discovery, we will take to heart the concerns raised by esteemed counsel and, without conceding the point, we will endeavor to craft revised requests that ease or erase their concerns. If counsel for Revive or Miski still object to these studied revisions, then we can meet and confer about their objections. And if a dispute still exists, we can submit the parties' concerns to the Court for consideration.

Given the passage of time, plaintiffs' respectfully request that the Court allow limited written discovery related to the above-described threshold issues. We also request that the proposed limited discovery extend to August 15, 2024; then defendants' motions to dismiss the consolidated complaint would be due September 15, 2024; Plaintiffs' oppositions to Defendants' motions to dismiss would be due October 15, 2024; and Defendants' replies, if any, would be due November 15, 2024.

Respectfully Submitted,

**MARLER CLARK, INC., PS**

By: /s/ William D. Marler
William D. Marler, Esq. (admitted pro hac vice)
180 Olympic Drive S.E.
Bainbridge Island, WA 98110
Telephone: (206) 346-1888
bmarler@marlerclark.com

**HEISMAN NUNES & HULL LLP**

By: /s/ Paul V. Nunes
Paul V. Nunes, Esq. bar No.: PN2853
1630 Empire Blvd, Suite 3B
Webster New York 14580
Telephone: (585) 270-6922
pnunes@hnhattorneys.com

*Attorneys for the Plaintiffs*

WDM/km
cc: Via ECF