**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NADIA ELETRIBI, individually and on behalf of her minor child Z.G.; TONI BARBER, an individual; SHEILA BERNER, an individual; ALEXANDRA HOLUP, an individual; CARLY LUCERO, an individual; ANN LUT, an individual; JAMIE MADDEN, an individual; SONYA STEVENSON, an individual; and EMILY VUXTON, an individual;<br><br>*Plaintiffs*,<br><br>v.<br><br>REVIVE ORGANICS, INC. d/b/a Revive Superfoods, and MISKI ORGANICS SUPERFOODS, INC.,<br><br>*Defendants*. | Case No. 1:22-cv-04362<br><br>Honorable Pamela K. Chen |

**JOINT UNOPPOSED MOTION FOR AN EXTENSION OF PAGE LIMITS FOR DEFENDANTS' MOTIONS TO DISMISS AND PLAINTIFFS' RESPONSE**

Defendants REVIVE ORGANICS, INC. and MISKI ORGANICS SUPERFOODS, INC. ("Defendants"), by and through their undersigned attorneys, hereby submit this Joint Unopposed Motion for an Extension of Page Limits for Defendants' Motions to Dismiss.

1. On July 25, 2022, Plaintiff Nadia Eletribi filed her initial action (*Eletribi v. Revive Organics, Inc.*, 22-CV-4362) against Defendants Revive Organics, Inc. and Miski Organics Superfoods, Inc. on behalf of herself and her minor child, Z.G. (Dkt. No. 1.)

2. On April 15, 2024, this Honorable Court consolidated related actions *Stevenson v. Miski Organics Superfoods, Inc.*, 24-CV-1963, *Lut v. Revive Organics, Inc. et al*, 24-CV-2260, and

*Vuxton v. Revive Organics, Inc.*, et al, 24-CV-1544 with *Eletribi v. Revive Organics, Inc.*, 22-CV-4362 pursuant to Federal Rule of Civil Procedure 42(a).

3. On May 22, 2024, the Court *sua sponte* extended the upcoming deadlines in this matter as follows: "Plaintiffs' consolidated complaint due June 13, 2024; Defendants' motions to dismiss consolidated complaint due August 12, 2024; Plaintiffs' oppositions to Defendants' motions to dismiss due October 11, 2024; Defendants' replies, if any, due November 11, 2024."

4. On June 6, 2024, the Court consolidated several other related actions, *Barber v. Revive Organics, Inc.*, 24-CV-3124, *Berner v. Revive Organics, Inc.*, 24-CV-3270, *Lucero v. Revive Organics, Inc.*, 24-CV-3627, and *Madden v. Revive Organics, Inc.*, 24-CV-04054 with *Eletribi v. Revive Organics, Inc.*, 22-CV-4362 pursuant to Federal Rule of Civil Procedure 42(a).

5. Plaintiffs filed their Consolidated Complaint against Defendants on June 10, 2024 (Dkt. No. 91.)

6. Consequently, Defendants each intend to file a consolidated response to all of the named Plaintiffs' overlapping allegations in this action.

7. In order to do so, Defendants seek an extension of page limits for their Motions to Dismiss from 25 pages to 35 pages. The extension of page limits is required because Defendants must incorporate all Plaintiffs' factual allegations in their Motions and explain why dismissal is appropriate as to all parties and claims.

8. Defendants have requested and received consent from Plaintiffs' counsel to extend the page limits for their Motions to Dismiss from 25 pages to 35 pages. (Dkt. No. 103.). In exchange for Plaintiffs' consent and subject to the Court's approval, Defendants have consented to Plaintiffs having an equal number of pages (35) to respond to Defendants' respective motions.

9. Neither Revive Organics, Inc., nor Miski Organics Superfoods, Inc., have sought an extension of page limits from this Court before.

**WHEREFORE**, Defendants Revive Organics, Inc. and Miski Organics Superfoods, Inc. respectfully request that the Court enter an order increasing the page limits for their Motions to Dismiss from 25 pages to 35 pages and for Plaintiffs' response to Defendants' respective motions to 35 pages.

Dated: July 23, 2024

Respectfully Submitted:

By: */s/ Richard Fama*
Richard Fama (N.Y. Bar No. 2624054)
COZEN O'CONNOR
3 World Trade Center
175 Greenwich Street
New York, NY 10007
(212) 908-1229
rfama@cozen.com

*Attorneys for Defendant*
*Revive Organics, Inc.*

By: */s/ Bryan Thomas Vannini*
Bryan Thomas Vannini (N.Y. Bar No. 5435532)
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
1010 Washington Boulevard, 6th Floor
06901
Stamford, CT 06905
(203) 388-2381
bryan.vannini@wilsonelser.com

*Attorneys for Defendant*
*Miski Organics Superfoods, Inc.*

**CERTIFICATE OF SERVICE**

I, Richard Fama, hereby certify that on July 23, 2024, I filed a true and correct copy of the foregoing ***Joint Motion for an Extension of Page Limits for Defendants' Motions to Dismiss*** via the Court's electronic filing system, which caused a copy to be served on all counsel of record.

*/s/ Richard Fama*
Richard Fama, Esquire
N.Y. Bar No. 2624054