# MARLER CLARK
## THE FOOD SAFETY LAW FIRM

**MARLER CLARK INC., PS** | 180 Olympic Dr SE Bainbridge Is., WA 98110
**TEL** 1.206.346.1888 | **FAX** 1.206.346.1898 | **EMAIL** marler@marlerclark.com | **WEB** marlerclark.com

William D. Marler
Writer's Direct Line
(206) 346-1890
bmarler@marlerclark.com

August 30, 2024

<u>**Via ECF**</u>

Hon. Pamela K. Chen, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE: NADIA ELETRIBI, individually and on behalf of her minor child Z.G. et al – Case No.: 1:22-cv-04362-PKC-SJB**

Dear Judge Chen:

This letter is written on behalf of plaintiffs and defendants Revive and Miski regarding this Court's request for a briefing schedule on Revive's and Miski's desire to challenge jurisdiction.

Counsel has met and conferred and respectfully ask the Court to allow for an extension of the briefing schedule that will allow for the completion of plaintiffs' discovery propounded on July 30, 2024, and to allow the parties and counsel to mediate this matter in person on November 1, 2024. If the mediation is not successful, we request the following briefing schedule:

- Defendants' briefs due November 30, 2024
- Plaintiffs' response brief due January 22, 2024
- Defendants' reply brief, if any, due February 12, 2025

Respectfully Submitted,

**MARLER CLARK, INC., PS**

By: <u>/s/ William D. Marler</u>
William D. Marler, Esq. (admitted *pro hac vice*)
180 Olympic Drive S.E.
Bainbridge Island, WA 98110
Telephone: (206) 346-1888
bmarler@marlerclark.com

Letter to Hon. Pamela K. Chen, District Judge
August 30, 2024
Page 2

**HEISMAN NUNES & HULL LLP**

By: /s/ Paul V. Nunes
Paul V. Nunes, Esq.
1630 Empire Blvd, Suite 3B
Webster New York 14580
Telephone: (585) 270-6922
pnunes@hnhattorneys.com

*Attorneys for the Plaintiffs*

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By: /s/ Bryan Vannini
Bryan Vannini, Esq.
1010 Washington Boulevard
Stamford, CT 06901
Telephone: (203) 388-9100
bryan.vannini@wilsonelser.com

*Attorneys for the Defendant Miski*

**COZEN O'CONNOR**

By: /s/ Richard Fama
Richard Fama, Esq.
3WTC, 175 Greenwich Street 55th Floor
New York, NY 10007
Telephone: (212) 908-1229
rfama@cozen.com

*Attorneys for the Defendant Revive*

WDM/km
cc: Via ECF