BOND SCHOENECK & KING

**Westchester Office: 10 Bank Street, Suite 1120 | White Plains, NY 10606**
New York City Office: 600 Third Avenue, 22nd Floor | New York, NY 10016-1915
**bsk.com**

**MICHAEL P. COLLINS, ESQ.**
mcollins@bsk.com
P: 914.306.7870
F: 646.253.2368

September 9, 2024

Hon. Pamela K. Chen, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Re: Nadia Eletribi, individually and on behalf of her minor son, Z.G. v. Revive Organics, Inc, et al.; 1:22-cv-04362-PKC-SJB*

Dear Judge Chen:

I write on behalf of myself and my partner, Thomas A. Martin, Esq., attorneys for recently-dismissed defendant Molinos Asociados SAC in the above-reference matter.

Pursuant to the Notice of Voluntary Dismissal dated May 24, 2024 (ECF Doc. 88) and your Order Dismissing Parties entered May 29, 2024, we request that we be terminated from case notifications.

Thank you for your courtesy.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Michael P. Collins

Michael P. Collins

MPC/dd

cc: All parties of record