

**MARLER CLARK INC., PS** | 180 Olympic Dr S.E., Bainbridge Island, WA 98110
TEL 1.206.346.1888 | FAX 1.206.346.1898 | EMAIL marler@marlerclark.com | WEB www.marlerclark.com

WILLIAM D. MARLER
WRITER'S DIRECT LINE
(206) 346-1890
bmarler@marlerclark.com

November 6, 2024

**FILED VIA ECF**

Honorable Judge Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East -Chambers N 361
Brooklyn, New York 11201

Re: *Nadia Eletribi et al. v. Revive Organics, Inc. et al.*, Case No. 1:22-cv-04362-PKC-SJB

Dear Judge Chen:

Plaintiffs in the above consolidated matters, in coordination with Defendants Revive Organics, Inc. and Miski Organics Superfoods, Inc., write to you today to request an extension of the pending deadlines before this Court. The parties participated in a mediation on November 1st and have agreed to the broad financial terms of a global settlement of all pending claims, but await client confirmation and final approval of the structure of the settlement. As such, we ask your Honor for leave to finalize details of the proposed settlement.

On July 25, 2024, you Honor granted the Plaintiffs' requests for additional discovery surrounding several threshold jurisdictional issues to be completed by September 25, 2024. Subsequently, on September 4, 2024, your Honor set the following deadlines: Defendants' Motions to dismiss due November 30, 2024; Plaintiffs' oppositions due January 22, 2025; and Defendants' reply briefs due February 12, 2025. Given the position of the parties after the mediation on November 1, Plaintiffs, along with both Defendants, believe that good cause exists to extend these deadlines to avoid waste of judicial resources, as well as to promote finalization of the agreement. Accordingly, the parties respectfully request that this Court extend all existing deadlines 45 days from their now existing dates.

Very truly yours,

William D. Marler

WDM/km