MARLER CLARK
THE FOOD SAFETY LAW FIRM

MARLER CLARK INC., PS | 180 Olympic Dr S.E., Bainbridge Island, WA 98110
TEL 1.206.346.1888 | FAX 1.206.346.1898 | EMAIL marler@marlerclark.com | WEB www.marlerclark.com

WILLIAM D. MARLER
WRITER'S DIRECT LINE
(206) 346-1890
BMARLER@MARLERCLARK.COM

November 6, 2024

**FILED VIA ECF**

Honorable Sanket J. Bulsara, Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Chambers 304N
Brooklyn, New York 11201

***Re: Nadia Eletribi et al. v. Revive Organics, Inc. et al., Case No. 1:22-cv-04362-PKC-SJB***

Dear Magistrate Judge Bulsara:

Plaintiffs in the above consolidated matters, in coordination with Defendants Revive Organics, Inc. and Miski Organics Superfoods, Inc., write to you today to request an extension of the pending deadlines before this Court regarding Plaintiffs' Motion to Compel. The parties participated in a mediation on November 1st and have agreed to the broad financial terms of a global settlement of all pending claims but await client confirmation and final approval of the structure of the settlement. As such, we ask your Honor for leave to finalize details of the proposed settlement.

Plaintiffs filed their Motion to Compel with this Court on October 30, 2024. There are, however, necessary deadlines which Defendant Revive faces regarding Plaintiffs' filed motion. As such, in an attempt to avoid waste of judicial resources and your Honor's time, the parties jointly request that your Honor extend any resultant deadlines for replies, responses, and any hearings by 45 days from their now existing dates so that the parties may work to finalize the agreed upon settlement.

Very truly yours,

William D. Marler

WDM/km