**MARLER CLARK**
THE FOOD SAFETY LAW FIRM

**MARLER CLARK INC., PS** | 180 Olympic Dr SE Bainbridge Is., WA 98110
**TEL** 1.206.346.1888 | **FAX** 1.206.346.1898 | **EMAIL** marler@marlerclark.com | **WEB** marlerclark.com

William D. Marler
Writer's Direct Line
(206) 346-1890
bmarler@marlerclark.com

December 10, 2024

<u>Via ECF</u>

Hon. Pamela K. Chen, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **RE: NADIA ELETRIBI, individually and on behalf of her minor child Z.G. et al – Case No.: 1:22-cv-04362-PKC-SJB**

Dear Judge Chen,

    Counsel for plaintiffs and defendants, Revive and Miski, have agreed to the settlement of all thirty-nine pending claims. The Defendants have agreed to pay a fixed amount into a defined settlement fund which a Claims Administrator, after having reviewed and analyzed all the claims, will equitably divide and distribute among the claimants. That process is ongoing, subject to this Court's approval of the assessment of the of claims of two minors included in this settlement (one of them plaintiff Nadia Eletribi's child, "Z.G.".)

    Accordingly, the parties, through counsel, respectfully ask the Court for a stay of this matter for an additional sixty days.

Respectfully Submitted,

**MARLER CLARK, INC., PS**

By: <u>/s/ William D. Marler</u>
William D. Marler, Esq. (admitted pro hac vice)
180 Olympic Drive S.E.
Bainbridge Island, WA 98110
Telephone: (206) 346-1888
bmarler@marlerclark.com

**HEISMAN NUNES & HULL LLP**

By: <u>/s/ Paul V. Nunes</u>
Paul V. Nunes, Esq. bar No.: PN2853
1630 Empire Blvd, Suite 3B

Letter to Hon. Pamela K. Chen, District Judge
December 10, 2024
Page 2

        Webster New York 14580
        Telephone: (585) 270-6922
        pnunes@hnhattorneys.com

        *Attorneys for the Plaintiffs*

        **COZEN O' CONNOR**

        By: /s/ Richard Fama
        3 World Trade Center
        175 Greenwich Street, 55th Floor
        New York, NY 10007
        Tel: 212.908.1229
        rfama@cozen.com

        *Attorney for Revive*

        **WILSON ELSER MOSKOWITZ**
        **EDELMAN & DICKER LLP**

        By: /s/ Bryan Vannini
        1010 Washington Boulevard
        Stamford, CT 06901
        Tel: 203.388.2381
        bryan.vannini@wilsonelser.com

        *Attorney for Miski*

WDM/km
cc: Via ECF