MARLER CLARK
THE FOOD SAFETY LAW FIRM

**MARLER CLARK INC., PS** | 180 Olympic Dr S.E., Bainbridge Island, WA 98110
**TEL** 1.206.346.1888 | **FAX** 1.206.346.1898 | **EMAIL** marler@marlerclark.com | **WEB** www.marlerclark.com

**WILLIAM D. MARLER**
**WRITER'S DIRECT LINE**
**(206) 346-1890**
BMARLER@MARLERCLARK.COM

April 4, 2025

**FILED VIA ECF**

Honorable Judge Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East - Chambers N 361
Brooklyn, New York 11201

***Re: Nadia Eletribi et al. v. Revive Organics, Inc. et al., Case No. 1:22-cv-04362-PKC-SJB***

Dear Judge Chen:

On behalf of all counsel of record, we write to acknowledge the Court's order dated March 10, 2025 approving the proposed settlement agreement for the minor claimant (a resident of New York) as fair and reasonable ([113], [114]). At the same time, the Court also ordered the parties to file a stipulation of dismissal for the remaining claimants by April 9, 2025. However, the settlement for the only other minor claimant (a resident of Canada) has not yet closed.

For the U.S. filed cases, the settlement agreements require payment of the settlements by April 21, 2025, except for the Canadian minor, which is due on April 24, 2025. As such, we request an extension of time to file a stipulations of dismissal to 5 calendar days after the last payment is due, which is April 29, 2025. This is consistent with the terms of the settlement agreement.

Accordingly, we respectfully ask the Court to modify its order to reflect this change.

Very truly yours,

William D. Marler

WDM/km
cc: All counsel via ECF