UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NADIA ELETRIBI, individually and on behalf of her minor child Z.G.; TONI BARBER, an individual; SHEILA BERNER, an individual; ALEXANDRA HOLUP, an individual; CARLY LUCERO, an individual; ANN LUT, an individual; JAMIE MADDEN, an individual; SONYA STEVENSON, an individual; and EMILY VUXTON, an individual;<br><br>          Plaintiffs,<br><br>v.<br><br>REVIVE ORGANICS, INC. d/b/a Revive Superfoods, a Foreign Corporation; and MISKI ORGANICS SUPERFOODS, INC., a Foreign Corporation,<br><br>          Defendants. | Case No.: \|<br>1:22-cv-04362-PKC-SJB<br><br>**DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

Plaintiffs and Defendants, by and through undersigned counsel, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as follows:

1. The above-captioned action against Miski Organics Superfoods, Inc. including the following individuals that have all been consolidated to the case number 1:22-cv-04362-PKC-SJB:

    a. Nadia Eletribi, and her minor child Z.G.,
    b. Toni Barber
    c. Sheila Berner
    d. Alexandra Holup
    e. Carly Lucero
    f. Ann Lut
    g. Jamie Madden
    h. Sonya Stevenson
    i. Emily Vuxton

    shall be dismissed with prejudice; and

2. Each party shall bear its own costs and attorneys' fees with respect to this action.

Dated this 29th day of April, 2025.

Respectfully Submitted,

**MARLER CLARK, INC., PS**

By: /s/ William D. Marler
William D. Marler, Esq. (admitted pro hac vice)
180 Olympic Drive S.E.
Bainbridge Island, WA 98110
Telephone: (206) 346-1888
bmarler@marlerclark.com

**HEISMAN NUNES & HULL LLP**

By: /s/ Paul V. Nunes
Paul V. Nunes, Esq. bar No.: PN2853
1630 Empire Blvd, Suite 3B
Webster New York 14580
Telephone: (585) 270-6922
pnunes@hnhattorneys.com

*Attorneys for the Plaintiffs*

**COZEN O' CONNOR**

By: /s/ Richard Fama
3 World Trade Center
175 Greenwich Street, 55th Floor
New York, NY 10007
Tel: 212.908.1229
rfama@cozen.com

*Attorney for Revive*

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By:/s/ Bryan Vannini
1010 Washington Boulevard
Stamford, CT 06901
Tel: 203.388.2381
bryan.vannini@wilsonelser.com
*Attorney for Miski*