

**MARLER CLARK INC., PS** | 180 Olympic Dr S.E., Bainbridge Island, WA 98110
**TEL** 1.206.346.1888 | **FAX** 1.206.346.1898 | **EMAIL** marler@marlerclark.com | **WEB** www.marlerclark.com

**WILLIAM D. MARLER**
**WRITER'S DIRECT LINE**
**(206) 346-1890**
BMARLER@MARLERCLARK.COM

May 8, 2025

**FILED VIA ECF**

Honorable Judge Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East - Chambers N 361
Brooklyn, New York 11201

*Re:* *Nadia Eletribi et al. v. Revive Organics, Inc. et al., Case No. 1:22-cv-04362-PKC-SJB*

Dear Judge Chen:

This letter is in response to this Court's Order of May 2, 2025.

Pursuant to this Court's Order of March 10, 2025 (EFC 115), the net settlement proceeds of the ZG's minor settlement has been placed in a blocked custodial account until ZG reaches the age of majority.

With respect to the status of the dismissal of the entire matter, the parties are waiting for the approval of one other minor settlement by the Court of Canada, which is part of the global settlement before this Court. As there still is a remote chance that the settlement will not be approved, the parties cannot dismiss all claims, as they are interconnected. We must wait for the Court of Canada to act which we understand may occur quite soon.

We are unaware of any other impediment to the dismissal of the action before this court. Accordingly, we ask that this court schedule a status conference regarding this matter at a time convenient to the Court in July to monitor the progress of the Canadian infant settlement and the dismissal of the entire matter.

Very truly yours,

William D. Marler

WDM/km
cc: All counsel via ECF