

**MARLER CLARK INC., PS** | 180 Olympic Dr S.E., Bainbridge Island, WA 98110
**TEL** 1.206.346.1888 | **FAX** 1.206.346.1898 | **EMAIL** marler@marlerclark.com | **WEB** www.marlerclark.com

WILLIAM D. MARLER
WRITER'S DIRECT LINE
(206) 346-1890
BMARLER@MARLERCLARK.COM

September 8, 2025

**FILED VIA ECF**

Honorable Judge Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East -Chambers N 361
Brooklyn, New York 11201

*Re:   Nadia Eletribi et al. v. Revive Organics, Inc. et al.*, Case No. 1:22-cv-04362-PKC-SJB

Dear Judge Chen:

On behalf of the Plaintiffs in the above consolidated matters and Defendants Revive Organics, Inc. and Miski Organics Superfoods, Inc., we submit this status report in response to the Court's directive of July 10, 2025.

Unfortunately, there has been no change in the status of the case. We continue to await the court of Canada to issue approval of an infant settlement (the infant claimant is a citizen of Canada) which is included in the global settlement reached by the parties. Notwithstanding the efforts of our office and coordinating counsel in Toronto, the court of Canada has not ruled on our application (filed months ago) for approval of the settlement. Our attempts to expedite the court's review have been met with the response (in essence) "you must wait your turn".

While approval of the infant's settlement has taken longer than anticipated, the parties continue their efforts to obtain the court of Canada's approval.  At the same time, we welcome any ideas the Court may have to advance the parties' efforts to consummate this global settlement. We thank the Court again for its patience.

If the Court would like to further discuss this matter, the parties can be available at the Court's convenience.

Very truly yours,

Joint Request to Extend Deadlines
September 8, 2025
Page 2

William D. Marler

WDM/km