

November 10, 2025

**Richard Fama**
Direct Phone   212-908-1229
Direct Fax       866-263-1334
rfama@cozen.com

Honorable Judge Pamela K. Chen
United States District Court
225 Cadman Plaza East-Chambers N 361
Brooklyn, New York 11201

    **Re:**    **Nadia Eletribi v. Revive Organics, Inc. et al, Case No. 1:22-cv-04362-PKC-SJB**

Dear Judge Chen:

This joint status report is sent on behalf of Plaintiffs and Defendants in the above consolidated matters.

Unfortunately, there has been no change in the status of the case. We continue to wait for the court of Canada to approve of an infant settlement (the infant claimant is a citizen of Canada) which is included in the global settlement reached by the parties. Notwithstanding the efforts of our offices and coordinating counsel in Toronto, the court of Canada has not ruled on Plaintiff's application (filed months ago) for approval of the settlement. Our continued attempts to expedite the court's review have been met with the response (in essence) "you must wait your turn".

While approval of the infant's settlement has taken longer than anticipated, the parties continue their efforts to obtain the court of Canada's approval. At the same time, we welcome any ideas the Court may have to advance the parties' efforts to consummate this global settlement.

We thank the Court again for its patience. If the Court would like to further discuss this matter, the parties can be available at the Court's convenience.

Respectfully yours,

COZEN O'CONNOR

By:    Richard Fama

RF

cc:  All counsel via ECF